2019 PA Super 225

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| ROBERT WILLIAMS | : | |
| Appellant | : | No. 3880 EDA 2017 |

Appeal from the Judgment of Sentence November 6, 2017
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0011614-2007

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| ROBERT WILLIAMS | : | |
| Appellant | : | No. 2242 EDA 2018 |

Appeal from the PCRA Order Entered June 25, 2018
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0011614-2007

BEFORE: PANELLA, P.J., OLSON, J., and FORD ELLIOTT, P.J.E.

CONCURRING STATEMENT BY OLSON, J.:                    **FILED JULY 24, 2019**

I join the learned Majority's opinion in its entirety. I believe it is important, however, to make one observation. Although we need not address the rulings regarding the recusal motions, it is worth repeating Justice Baer's words in light of the facts and circumstances of this case. "[E]ven in those instances where a jurist can impartially consider a case, the judge must also consider whether his or her continued involvement creates an appearance of

impropriety and/or would tend to undermine public confidence in the judiciary." ***Commonwealth v. Williams***, 188 A.3d 382 (Pa. 2018) (J. Baer, Dissenting Statement), *quoting* ***Commonwealth v. White,*** 910 A.2d 648, 657 (Pa. 2006) (quotations omitted).